**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.: 1:26-cv-08334**

STEVEN LAMONT MARKOS,

                Plaintiff,

v.

U.S. HERITAGE GROUP, INC.,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff STEVEN LAMONT MARKOS by and through his undersigned counsel, brings this Complaint against Defendant U.S. HERITAGE GROUP, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff STEVEN LAMONT MARKOS ("Markos") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Markos' original copyrighted Work of authorship after removal of his copyright management information ("CMI") .

2. Markos owns and operates the website, National Park Planner, www.npplan.com. Markos started National Park Planner in 2014 to bring to the public first-hand coverage of the over 400 National Parks that make up America's National Park System, including summaries of the park's amenities and professional photographs of the terrain.

3. Defendant U.S. HERITAGE GROUP, INC. ("USHG") is a Chicago-based masonry preservation company specializing in materials and services for the restoration of

historic buildings. USHG develops lime-based mortars, plasters, stone and terra cotta repair materials, and offers mortar analysis, consulting, training, and on-site technical support.   At all times relevant herein, USHG owned and operated the internet website located at the URL https://usheritage.com/ (the "Website").

4.     Markos alleges that USHG copied Markos's copyrighted Work from the internet in order to advertise, market and promote its business activities.  USHG committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the USHG's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     USHG is subject to personal jurisdiction in Illinois.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, USHG engaged in infringement in this district, USHG resides in this district, and USHG is subject to personal jurisdiction in this district.

## DEFENDANT

9.     U.S. Heritage Group, Inc. is an Illinois Corporation, with its principal place of business at 10352 Franklin Ave, Franklin Park, Illinois 60131, and can be served by serving its Registered Agent, John N. Skoubis, 1990 E. Algonquin Rd., Ste 230, Schaumburg, Illinois 60137.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2017, Markos created the photograph entitled "Gateway-013," which is shown below and referred to herein as the "Work."



11.    At the time Markos created the Work, Markos applied CMI to the Work consisting of "© 2017 Steven L Markos" in bottom right corner

12.     Markos registered the Work with the Register of Copyrights on October 03, 2017, and was assigned registration number VA 2-073-596. The Certificate of Registration is attached hereto as **Exhibit 1**.

13.    At all relevant times Markos was the owner of the copyrighted Work.

## INFRINGEMENT BY USHG

14.    USHG has never been licensed to use the Work for any purpose.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, USHG copied the Work.

16. On or about December 30, 2024, Markos discovered the unauthorized use of his Work on the Website.

17. USHG copied Markos' copyrighted Work without Markos' permission.

18. After USHG copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its masonry restoration business.

19. USHG copied and distributed Markos' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. USHG committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Markos never gave USHG permission or authority to copy, distribute or display the Work for any purpose.

22. Markos notified USHG of the allegations set forth herein on November 14, 2025, and May 14, 2026. To date, the parties have failed to resolve this matter.

23. When USHG copied and displayed the Work, USHG removed Markos' CMI from the Work.

24. Markos never gave USHG permission or authority to remove CMI from the Work.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Markos incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

26. Markos owns a valid copyright in the Work.

27. Markos registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. USHG copied, displayed, and distributed the Work and made derivatives of the Work without Markos' authorization in violation of 17 U.S.C. § 501.

29. USHG performed the acts alleged in the course and scope of its business activities.

30. Defendant's acts were willful.

31. Markos has been damaged.

32. The harm caused to Markos has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33. Markos incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

34. The Work at issue in this case contains CMI.

35. USHG knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

36. USHG committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Markos' rights in the Work at issue in this action protected under the Copyright Act.

37. USHG caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Markos' rights in the Work at issue in this action protected under the Copyright Act.

38.     Markos has been damaged.

39.     The harm caused to Markos has been irreparable.

WHEREFORE, the Plaintiff STEVEN LAMONT MARKOS prays for judgment against the Defendant U.S. HERITAGE GROUP, INC. that:

a.     USHG and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b.     USHG be required to pay Markos his actual damages and Defendant's profits attributable to the infringement, or, at Markos' election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.     Markos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Markos be awarded pre- and post-judgment interest; and

e.     Markos be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Markos hereby demands a trial by jury of all issues so triable.

Dated: July 15, 2026                                    Respectfully submitted,

                                                        /s/  J. Campbell Miller
                                                        J. CAMPBELL MILLER
                                                        Illinois Bar Number: 6345233
                                                        campbell.miller@sriplaw.com

                                                        **SRIPLAW, P. A.**
                                                        742 South Rangeline Road
                                                        Carmel, Indiana 46032
                                                        332.600.5599 – Telephone
                                                        561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353

*Counsel for Plaintiff Steven LaMont Markos*